IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN L. FEINGOLD | : | CIVIL ACTION |
| | : | NO. 12-1250 |
| v. | : | |
| | : | |
| UNITRIN DIRECT, et al. | : | |

## ORDER

AND NOW, this 14th day of June, 2012, upon consideration of the motions of defendants Unitrin Direct, Kemper Auto and Home Insurance Company, John Blumenthal, Andrew P. Moore, and Moore & Riemenschneider, LLC, to dismiss plaintiff Allen L. Feingold's Amended Complaint and Feingold's response, it is ORDERED that:

1. plaintiff's Amended Complaint is DISMISSED;

2. plaintiff is granted leave to amend his fraud, negligent misrepresentation, civil conspiracy and infliction of emotional distress claims; and

3. plaintiff may file a Second Amended Complaint on or before Friday, June 29, 2012.

      *s/Thomas N. O'Neill, Jr.*
      THOMAS N. O'NEILL, JR., J.